UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
        Plaintiff,
v.

JOHN O. McCASLIN,
        Defendant.

_____

Case Number 8:06PO4-001

USM Number
13092-047

CHARLES R. HANNAN

Defendant's Attorney

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

THE DEFENDANT admitted guilt to the violation of the mandatory condition of the term of supervision which states, the defendant shall not commit another federal, state, or local crime.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | December 14, 2007 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
April 22, 2008

s/ Thomas D. Thalken
United States Magistrate Judge

April 25, 2008

Defendant: JOHN O. McCASLIN  Page 2 of 3
Case Number: 8:06po4-001

## PROBATION

The defendant is hereby ordered to continue the term of unsupervised probation of **3 Years** which is schedule to conclude on February 27, 2009.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not reenter or enter into a military installation without the express written consent or express consent of the base commander during the term of probation.

2. The defendant shall pay a fine in the amount of **$250.00** to the Clerk of the United States District Court, 111 S. 18th Plaza, Suite 1152, Omaha, Nebraska 68102.  This amount is due on or before July 31, 2008.

Defendant: JOHN O. McCASLIN  Page 3 of 3
Case Number: 8:06po4-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $10.00 (paid) | $250.00 | |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

interest requirement is waived.

## FINE

A Fine in the amount of $250.00 is imposed.

## RESTITUTION

No restitution was ordered.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk